**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|     WESLEY E. BAKER | ) | CASE NO.08-70794–BHL-13 |
| | ) | |
|     DEBTOR(S) | ) | |

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Robert P. Musgrave, Trustee, submits the following notice of unclaimed dividends to the Court.

| Payee(s) | Last Known Address(es) | Amount(s) |
|---|---|---|
| US Bank National Association | 6 Executive Circle Ste 100<br>Irvine, CA 92614 | $1,435.71 |
| US Bank National Association | 6 Executive Circle Ste 100<br>Irvine, CA 92614 | $1,331.31 |
| US Bank National Association | 6 Executive Circle Ste 100<br>Irvine, CA 92614 | $422.77 |
| US Bank National Association | 6 Executive Circle Ste 100<br>Irvine, CA 92614 | $68.47 |
| US Bank National Association | 6 Executive Circle Ste 100<br>Irvine, CA 92614 | $1,477.56 |
| US Bank National Association | 6 Executive Circle Ste 100<br>Irvine, CA 92614 | $380.92 |
| | Total | $5,116.74 |

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com

**(NOTE: All checks should be mailed to the Indianapolis Clerk's Office, PO Box 44978, Indianapolis, IN 46244, not to the divisional offices. Attach a copy of this notice to the check.**

**Only remit one check per notice regardless of whether 1 or 250 claimants are listed on this notice.)**